UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Lopez-Gallegos

Defendant(s)

CRIMINAL NO. 08MJ0139

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Margarita Zaragosa-Alcala

DATED: 1-22-08

2008 JAN 22 A 4: 24

Nita L. Stormes

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Ferrante

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95