UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08MJ0139 |
| vs. | ORDER |
| Efrain Lopez-Gallegos | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sandra Garcia Cifuentes

DATED: 2-6-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

2008 FEB -6 P 2:38

**RECEIVED** ____________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by J. Perrault

**Deputy Clerk**

**CLERK'S OFFICE COPY**
**mc500 Crim-25 rev. 8-95**

U.S. GPO: 2003-581-774/70082