2

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

EFRAIN LOPEZ-GALLEGOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR308-BTM

I, EFRAIN LOPEZ-GALLEGOS, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 2-7-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Efrain Lopez
Defendant

X [signature]
Defense Counsel

Before [signature]
Judicial Officer