FILED

2008 APR -3 PM 4:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY Rm DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>EFRAIN LOPEZ-GALLELOS<br>Defendant. | Criminal Case No.: 08cr0308-BTM<br>Magistrate Case No.:08mj0139-NLS<br>**(Amended)**<br>**ORDER TO EXONERATE BOND** |

IT IS HEREBY ORDERED that the personal surety bond of $10,000.00 which secured the presence of the Material Witness, Erica Garcia-Torresia be exonerated forthwith, and the cash deposit of $1,000.00to be returned to the surety at the following address;

**Maria Gomez**

**1260 West Congress**

**San Bernardino, CA 92410**

Date: March 31, 2008

Barry Ted Moskowitz
United States District Judge

Order to Exonerate Bond

**NITA L. STORMES**
**U.S. MAGISTRATE JUDGE**