Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant

**UNITED STATES OF AMERICA**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EFRAIN LOPEZ-GALLEGOS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 008CR00308-001-BTM<br><br><br>DECLARATION SERVICE OF SENTENCE MEMORANDUM |

**DECLARATION OF SERVICE:** My name is Charles N. Guthrie and I declare that on May 2, 2008, I filed by the electronic filing system the following documents:

"Sentence Memorandum" and "Sentence Summary Chart"

with the United States District Court of the Southern District of California and thereby electronically served Larry Casper, AUSA, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this May 2, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law