Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EFRAIN LOPEZ-GALLEGOS,<br>Defendant. | Case No. 08 CR 00308 - 001 BTM<br>SENTENCE MEMORANDUM<br>Date: 05/09/2008<br>Time: 8:30 am<br>Judge Hon. Barry Ted Moskowitz |

NOTICE: TO THE ABOVE-ENTITLED COURT AND KAREN P. HEWITT, UNITED STATES ATTORNEY AND AARON CLARK, ASSISTANT UNITED STATES ATTORNEY: On the date and time referenced above and in the Courtroom to which the matter is assigned, defendant Efrain Lopez-Gallegos, by and through counsel files the herein “Sentence Memorandum.”

The goal of this sentence memorandum is to convince the court to follow the plea agreement which if Mr. Lopez-Gallegos is in a CHC I, both parties recommend a 13 month sentence. (See Footnote 1, below.) Mr. Lopez-Gallegos has no criminal history points and is in

a Criminal History Category I, which pursuant to the plea agreement the parties agree a 13 month sentence is appropriate.

Defendant's role was the sole driver of a Nissan Altima who presented a suspicious identification passport and when the key to his trunk did not work Customs Border Patrol Agents accessed the trunk from inside the vehicle and found four Mexican nationals. The passport was not defendant's, nor was the vehicle. After Miranda he indicated he was not going to have to pay a smuggling fee were he to drive. None of the four Mexican nationals identified defendant as placing them in the vehicle's trunk or otherwise identified defendant. Mr. Lopez-Gallegos's role in the crime was that of a mule. (See Page 1, PSR)

Defendant's criminal history is zero leaving him in a criminal history category I.. There is one outstanding misdemeanor warrant in Riverside Sheriff's Department for possessing a dirk or dagger. He has been removed from the United States on one occasion.

ARGUMENT

Defendant's lack of criminal record, and minor role in the offense (was not planner or money taker, car provider, or placer of aliens in the vehicle) and desire to work in the future make the 13 month agreement acceptable to the court. Defendant has worked as a beer truck driver for Corona beer factory in Huetamo, a welder in a plumbing shop and in the fields. He intends to return to agricultural work when released. Also, the defendant has one four year-old child with his common law wife Maria Sanchez-Gomez and the family will benefit by a short sentence. Defendant has expressed remorse regarding his involvement in the instant offense. (See PSR Page 9)

<u>PROBATION OFFICER RECOMMENDATION</u>:

Although defendant along with the prosecution agrees a 13 month sentence is appropriate the defendant points out the Probation Officer's Recommendation in the P.S.R. Page 9-10, makes a 10 month recommendation. "... As the defendant has a limited history of law enforcement contacts, seems focused on his future and has never before been exposed to a custodial setting, ... he be sentenced to 10 months custody."

For all of the above reasons defendant moves the court follow the recommendation of the plea agreement.

Respectfully submitted,

Dated: 05/02/08

______________________________

Charles N. Guthrie, Attorney at Law