Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant

**UNITED STATES OF AMERICA**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 008CR00308-001-BTM |
| Plaintiff, | ) | |
| v. | ) | DECLARATION SERVICE OF SENTENCE MEMORANDUM |
| EFRAIN LOPEZ-GALLEGOS | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF SERVICE:</u>** My name is Charles N. Guthrie and I declare that on May 2, 2008, I filed by the electronic filing system the following documents:

"Sentence Memorandum"

with the United States District Court of the Southern District of California and thereby electronically served Larry Casper, AUSA, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this May 2, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law